BEFORE THE FIRST DIVISION, JANUARY 9, 1943

**No. 47892.**—Protests 976514–G, etc., of Union Brokerage Co. (Pembina).

Opinion by WALKER, J. In accordance with stipulation of counsel and on the authority of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391) the protests claiming that no addition should have been made for planing, tonguing, and/or grooving were sustained.

BEFORE THE SECOND DIVISION, JANUARY 9, 1943

**No. 47893.**—Protest 69701–K of Bowater Paper Co., Inc. (Tampa).

Opinion by KINCHELOE, J. It appears that the only reason for assessing duty on the 75 rolls of paper in question was because certain samples thereof analyzed by the Government chemist at Savannah, Ga., showed a thickness which was in excess of the maximum thickness for newsprint paper as held in T. D. 44317. At the trial the plaintiff produced considerable testimony to show that any excess thickness was caused by the absorption of moisture by the paper due to the high atmospheric humidity prevailing at Jacksonville and Savannah after the paper arrived there and before it was tested for thickness, and further that the paper was of the kind and class known and chiefly used as newsprint paper at and before June 17, 1930. Upon the record presented the claim for free entry under paragraph 1772 was sustained.